UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **26-1444** & **26-1445**

In re: Ligado Networks LLC et al.
(D. Del. No. 1:26-cv-00118)

**ORDER**

The above-captioned appeals are hereby consolidated for the purposes of scheduling, filing a single joint appendix, Appellee Inmarsat Global Limited's response brief, and disposition, should a briefing schedule issue in these cases. A briefing schedule will not be issued until the Court considers the jurisdictional issue raised in the prior order.

Appellants are encouraged to consult with one another regarding the contents of their briefs, as the Court disfavors redundant briefs. Appellants may file a consolidated brief or join in or adopt portions by reference. *See* Fed. R. App. P. 28(i). Appellee Inmarsat Global Limited's consolidated brief addressing both appeals must be filed and served within thirty (30) days of the date of service of the last Appellant's brief.

All case-opening forms, motions, briefs, and other documents must be electronically filed *only* in the appeal(s) to which they relate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: February 27, 2026
JK/cc: All Counsel of Record